

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-28,964-06

### EX PARTE MARK LYNN MILLIGAN, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. W11-27465-U(B) IN THE 291ST DISTRICT COURT FROM DALLAS COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of murder and sentenced to imprisonment for fifteen years. The Fifth Court of Appeals affirmed his conviction. *Milligan v. State*, No. 05-12-01537-CR (Tex. App.—Dallas Dec. 30, 2014) (not designated for publication).

On March 3, 2016, the trial court entered an order designating issues. The District Clerk properly forwarded the record to this Court pursuant to Rule of Appellate Procedure 73.4(b)(5). However, the record has been forwarded without the trial court having resolved the designated

issue(s) in this case. We remand this application to the 291st District Court of Dallas County to allow the trial judge to complete an evidentiary investigation and enter findings of fact and conclusions of law.

This application will be held in abeyance until the trial court has resolved the fact issues. The issues shall be resolved within 90 days of this order. A supplemental transcript containing all affidavits and interrogatories or the transcription of the court reporter's notes from any hearing or deposition, along with the trial court's supplemental findings of fact and conclusions of law, shall be forwarded to this Court within 120 days of the date of this order. Any extensions of time shall be obtained from this Court.

Filed: September 14, 2016
Do not publish